```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                 Plaintiff, ) | No. CR-09-015-EFS-18 |
| v. ) | ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY |
| TRI THANH NGUYEN, ) | |
|                 Defendant. ) | |

At the July 7, 3009, hearing on Defendant's Motion to Modify (Ct. Rec. 856), Defendant was present with counsel Khanh C. Tran. Assistant U.S. Attorney Russell Smoot represented the United States.

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 856)** is **GRANTED in part.** The condition of electronic home monitoring may not be removed at this time. The Defendant shall have a curfew of **1:00 a.m. to 9:00 a.m.,** as permitted by Pretrial Services for employment purposes only.

DATED July 7, 2009.

                                        S/ CYNTHIA IMBROGNO
                                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY - 1