```
                   UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )   No. CR-09-015-EFS-18
              Plaintiff,     )
                             )   ORDER GRANTING IN PART
v.                           )   DEFENDANT'S MOTION TO MODIFY
                             )
TRI THANH NGUYEN,            )
                             )
              Defendant.     )
                             )
```

At the July 7, 3009, hearing on Defendant's Motion to Modify (Ct. Rec. 856), Defendant was present with counsel Khanh C. Tran. Assistant U.S. Attorney Russell Smoot represented the United States.

**IT IS ORDERED** Defendant's Motion **(Ct. Rec. 856)** is **GRANTED in part.** The condition of electronic home monitoring may not be removed at this time. The Defendant shall have a curfew of **1:00 a.m. to 9:00 a.m.,** as permitted by Pretrial Services for employment purposes only.

DATED July 7, 2009.

                      S/ CYNTHIA IMBROGNO
                   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY - 1