FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 13, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRI THANH NGUYEN,<br><br>　　　　　Defendant. | No.  2:09-cr-0015-EFS-18<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS** |

　　The United States asks the Court to dismiss the Information filed against Tri Thanh Nguyen, to which he pled guilty in 2010, and to quash the arrest warrant issued when he absconded before sentencing. The United States seeks this relief because Tri Thanh Nguyen fled the United States to a country from which he cannot be extradited.[1] While

---

[1] ECF No. 3288

Rule 48(a) Dismissal — Page **1** of 2

the Court makes no judgment as to the merit or wisdom of the United States' requested relief, the Court grants the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Information and Quash Arrest Warrant, **ECF No. 3288**, is **GRANTED.**

2. The Information, **ECF No. 2350**, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Tri Thanh Nguyen.

3. The arrest warrant for Defendant Tri Thanh Nguyen is **QUASHED**.

IT IS SO ORDERED. The Clerk's Office is directed to enter this order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 13th day of August 2025.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge